**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

MALIBU MEDIA, LLC,

       Plaintiff,

v.                                        Civil Action No. 1:15-cv-01135-YK

JOHN DOE, subscriber assigned IP address 98.237.28.27,

       Defendant.

**PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE**

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. John Doe was assigned the IP address 98.237.28.27. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: August 12, 2015

                                              Respectfully submitted,

                                              By:   /s/ *Christopher P. Fiore*
                                              Christopher P. Fiore
                                              cfiore@fiorebarber.com
                                              Attorneys At Law
                                              418 Main Street, Suite 100
                                              Harleysville, PA 19438
                                              Phone: 215-256-0205
                                              *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 12, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                              By: /s/ *Christopher P. Fiore*
                              Christopher P. Fiore